**656-15**

# ELECTRONIC RECORD

COA #   01-13-01072-CR     OFFENSE:   43.02 (Prostitution)

STYLE:   Lawan Palumbo v. The State of Texas     COUNTY:   Harris

COA DISPOSITION:    AFFIRM     TRIAL COURT:   Co Crim Ct at Law No 5

DATE: 04/16/2015     Publish: NO   TC CASE #:   1868453

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Lawan Palumbo v. The State of Texas     CCA #:   **656-15**

_APPELLANT'S_ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_REFUSED_     JUDGE: _____

DATE: _11/04/2015_     SIGNED: _____    PC: _____

JUDGE: _Ley Curson_     PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD